Ross et al., Appellants, *v.* Sam W. Emerson Company et al., Appellees.

[Cite as Ross *v.* Sam W. Emerson Co. (1990), 49 Ohio St. 3d 206.]

(No. 89-1146—Submitted January 9, 1990—Decided March 7, 1990.)

*Dworken & Bernstein Co., L.P.A.,* and *Patrick J. Perotti,* for appellants.

*Thomas J. Keenan,* for appellee Sam W. Emerson Company.

*Stephen C. Merriam,* for appellees Perkins & Will, Inc. and Perkins & Will Partnership.

*Terrance P. Gravens,* for Lakewood Board of Education.

The judgment of the court of appeals is affirmed on authority of *Sedar v. Knowlton Constr. Co.* (1990), 49 Ohio St. 3d 193, 551 N.E. 2d 938.

MOYER, C.J., HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.